NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1077
(Cancellation No. 92/041,358)

MITSUBISHI MOTORS NORTH AMERICA, INC.,

Appellant,

v.

MONACO COACH CORPORATION,

Appellee.

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board.

ON MOTION

## O R D E R

The parties jointly move for a limited remand of this case to the Trademark Trial and Appeal Board of the United States Patent and Trademark Office (TTAB) so that the TTAB may consider whether or not it would grant their "Joint Motion to Vacate Decision and Stipulation for Voluntary Surrender of Registration." The parties also state that if the TTAB informs them that it intends to grant the motion, the parties will promptly move to remand the case in its entirety.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion for a limited remand is granted.

(2)     The briefing schedule is stayed.  If no action is taken by the TTAB within 45 days of the date of filing of this order, the parties should file a status report with this court.

FOR THE COURT

__AUG 1 7 2009__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:     David M. Kelly, Esq.
Mark J. Liss, Esq.

s20

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 1 7 2009

JAN HORBALY
CLERK

2009-1077                                         -2-